UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANG PING ZHU,
                    Plaintiff,

-v-                              16-CV-4091 (JPO)

SALAAM BOMBAY, INC., et al.,        ORDER
                    Defendants.

J. PAUL OETKEN, District Judge:

On February 28, 2019, Plaintiff Guang Ping Zhu filed a motion to compel Defendant Ramesh Shah to respond to an information subpoena issued in connection with Plaintiff's efforts execute judgments he has obtained against Shah. (Dkt. No. 81.) On March 15, 2019, the Court denied the motion without prejudice for failure to properly serve Defendant Shah. (Dkt. No. 85.) On April 17, 2019, Plaintiff filed a new motion to compel. (Dkt. No. 86.) Plaintiff's motion was again denied without prejudice to renewal following the conclusion of Shah's bankruptcy proceedings. (Dkt. No. 89.) On December 26, 2019, Plaintiff filed a new letter motion to compel and attached a notice dismissing Shah from the bankruptcy proceeding. (Dkt. No. 90.) Defendant Shah has not filed an opposition to Plaintiff's motion. If Shah's opposition is not filed on or before January 14, 2020, the Court will consider Plaintiff's motion to be unopposed.

     SO ORDERED.

Dated: January 6, 2020
       New York, New York

                                              J. PAUL OETKEN
                                          United States District Judge